ADELE HEISSENBUTTEL, Appellant, *v.* MARK C. MEAGHER,
Respondent.

*Heissenbuttel* v. *Meagher*, 162 App. Div. 752, affirmed.
(Argued April 30, 1917; decided May 15, 1917.)

APPEAL from a judgment entered June 25, 1914, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department reversing a judgment
in favor of plaintiff entered upon a verdict and directing
a dismissal of the complaint in an action to recover for
personal injuries alleged to have been sustained through
the negligence of the defendant.   Plaintiff while waiting
to board a street car in the city of New York was struck
by defendant's automobile and received the injuries com-
plained of.   The defense was that at the time of the acci-

dent the automobile was being operated by the defendant's adult son for his own use and purposes.

*Theodore B. Chancellor* for appellant.

*Stephen P. Anderton* and *Stephen H. Philbin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE and ANDREWS, JJ. Absent: COLLIN, J. Not sitting: McLAUGHLIN, J.